# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINNECOCK INDIAN NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN C. HOCHUL, in her official capacity as Governor of New York;<br><br>LETITIA A. JAMES, in her official capacity as New York State Attorney General;<br><br>MARIE THERESE DOMINGUEZ, in her official capacity as Commissioner of the New York State Department of Transportation;<br><br>THE HONORABLE MAUREEN T. LICCIONE, in her official capacity as Justice of the Supreme Court of the State of New York, Suffolk County,<br><br>Defendants. | Civil Action No. 2:25-cv-07034<br>Related Case No. 2:25-cv-03392 |

## NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Chairwoman Lisa Goree, affirmed on January 14, 2026, Affidavit of Larry Clark, affirmed on January 14, 2026, Affidavit of Seneca Bowen, affirmed on January 14, 2026, Affidavit of Selena Coverdale, affirmed on January 14, 2026, Affidavit of Tela Troge, Esq., affirmed on January 14, 2026, Memorandum of Law, and upon the Amended Complaint herein, Plaintiff will move this Court, before the Honorable Nusrat J. Choudary, U.S.D.J., in Courtroom 1040, 100 Federal

Plaza, Central Islip, New York 11722 on a date and time to be determined by this Court, for an order pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 65; granting:

    A.    A preliminary injunction restraining Defendants from taking further action in the courts of the State with respect to the conduct of the Nation's officials in Westwoods or with respect to the operation of the Monument Signs described in the Nation's Amended Complaint to preserve this Court's jurisdiction, preserve the *res* of this litigation, and to effectuate a resolution of issue fundamentally based in federal Indian law;

    B.    A preliminary injunction staying the action currently pending in the Supreme Court of Suffolk County in New York State and bearing caption *Commissioner of the New York State Department of Transportation et al. v. Lisa Goree et al.*, and Index No. 610010/2019;

    C.    Such further necessary or proper relief as the Court may see fit to grant in conjunction with a preliminary injunction;

    D.    Such other and additional relief as the Court deems just and proper.

Dated: January 14, 2026
Brooklyn, New York

BY:   /s/ Tela Troge
Law Offices of Tela Troge, PLLC
Tela L. Troge
26 Hill Street # 124
Southampton, NY 11968
Telephone: (631) 745-6203
Email: telatroge@shinnecock.org

**BYRNES, O'HERN & HEUGLE, LLC**
John F. Byrnes, Esq.
195 East Bergen Place
Red Bank, New Jersey 07701
Telephone: (732) 219-7711
Email: jbyrnes@byrnesohern.com

**DRAGONFLY LAW GROUP, P.C.**

**JUDITH A. SHAPIRO**
7059 Blair Road, NW
Suite 202
Washington, DC 20012
Telephone: (202) 257-6436
Email: jshapiro@dflylaw.com
*Pro Hac Vice pending*

THOMAS J. NITCHKE
731 St. Joseph St., Suite 230
Rapid City, SD
Telephone: (605) 646-0189
Email: tomn@dflylaw.com
*Pro Hac Vice pending*