UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHINNECOCK INDIAN NATION, a
federally recognized Indian Tribe,

Plaintiff,

-against-

KATHLEEN C. HOCHUL, in her official
capacity as Governor of the State of New York;

LETITIA A. JAMES, in her official
capacity as New York State Attorney General;

MARIE THERESE DOMINGUEZ, in her
official capacity as Commissioner of the New York
State Department of Transportation, and

THE HONORABLE MAUREEN T. LICCIONE,
in her official capacity as Justice of the Supreme
Court of the State of New York, Suffolk County,

Defendants.

---

**NOTICE OF CROSS-MOTION
TO DISMISS**

Civ. No. 2:25-cv-7034 (NJC)(JMW)

---

**PLEASE TAKE NOTICE** that upon Plaintiff's Amended Complaint, dated January 13, 2026, the accompanying Memorandum of Law, and the accompanying Declaration of Jared A. Kasschau, with exhibits attached thereto, Defendant THE HONORABLE MAUREEN T. LICCIONE, *in her official capacity as Justice of the Supreme Court of the State of New York, Suffolk County*, shall move this Court before the Honorable Nusrat J. Choudhury, United States District Judge, United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an order pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint based on a lack of subject matter

1

jurisdiction, and for a failure to state a claim upon which relief can be granted, and for such other and further relief as may be proper.

Dated: Uniondale, New York
March 25, 2026

Respectfully submitted,

**HARRIS BEACH MURTHA CULLINA PLLC**

By:_____

Jared A. Kasschau
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
(516)-880-8484

*jkasschau@harrisbeachmurtha.com*

*Attorneys for The Honorable*
*Maureen T. Liccione*

To: All Counsel of Record (via ECF)