HARRIS BEACH MURTHA
ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**JARED A. KASSCHAU**
MEMBER
DIRECT: 516.880.8106
FAX: 516.880.8483
JKASSCHAU@HARRISBEACHMURTHA.COM

October 6, 2026

**VIA ECF**

Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

RE: *Shinnecock Indian Nation v. Hochul et al.,* Civ. No. 2:25-cv-07034-NJC-JMW

Dear Judge Choudhury:

Honorable Maureen T. Liccione, defendant in the above-referenced matter, respectfully submits this brief letter in response to the October 1, 2026 correspondence submitted by Plaintiff (ECF No. 49).

In that correspondence, Plaintiff references ongoing appeals before the Appellate Division of the Supreme Court, Second Department, including *NYS Commissioner of Transportation v. Polite et al*. and *NYS Commissioner of Transportation v Goree et al.* Plaintiff and the related parties have therefore invoked the jurisdiction of the Appellate Division of the Supreme Court while simultaneously arguing before this Court that the New York State Supreme Court lacks jurisdiction and seeking to enjoin the Supreme Court from proceeding. Plaintiff and the related parties have likewise invoked the jurisdiction of the New York Court of Appeals.

As Justice Liccione previously noted in her Notice of Supplemental Authority (ECF No. 47), Plaintiff is actively pursuing relief through New York's appellate process. The proceedings referenced in Plaintiff's October 1 submission further demonstrate that issues relating to the parties' underlying dispute remain the subject of ongoing review by New York courts and underscore the availability of state judicial review.

Justice Liccione submits this letter solely to address the matters raised in Plaintiff's October 1 correspondence.

Respectfully submitted,

Jared A. Kasschau

cc: All Counsel of Record (*via* ECF)